UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL W. McELROY, )<br>AIMEE J. KING McELROY, and )<br>XIEU VAN SON )<br>) | CASE NO. 05-10019-RGS |

**JOINT MOTION OF THE DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. KING MCELROY TO CONTINUE ARRAIGNMENT UNTIL FEBRUARY 15, 2005**

The Defendants Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Mrs. McElroy") move to continue their arraignment from February 8, 2005 at 12:30 p.m. to February 15, 2005 at 2:00 p.m. for the following reasons:

1. Counsel for Mr. McElroy has a sentencing scheduled in the case of United States v. Anthony Lavely, 04 CR 10025-NG for 2:30 p.m. on February 8, 2005 and needs to meet with his client and other individuals on February 8, 2005 for many hours prior to the sentencing hearing.

2. Counsel for Mrs. McElroy is scheduled to start a civil trial, Microsoft Corporation v. Metrowest Computer Systems, Inc. and Kam Po Leung v. Pawtucket Mutual Insurance Company, 00 CV 10246-NG, on February 7, 2005 and will be on trial the entire week.

{K0296523.1}

3.  Counsel for both the Defendant, Xieu Van Son, Charles Rankin, Esquire and the government, Assistant United States Attorney Paul Levenson have assented to this motion.

WHEREFORE, the Defendants Mr. and Mrs. McElroy move that the Court continue the arraignment until February 15, 2005 at 2:00 p.m.

Respectfully Submitted,

DANIEL W. McELROY
By his Attorneys,

*[signature]*

Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No.  (617) 342-6899


AIMEE J. McELROY
By her Attorney:

*[signature]*

Jack I. Zalkind
BBO No. 538840
One International Place, 18th Flr.
Boston, MA 02110
Telephone: (617) 227-3950
Facsimile: (617) 342-6899

February 1, 2005

{K0296523.1}