UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10019-RGS-02

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| AIMEE KING McELROY | ) |

## DEFENDANT'S NOTICE OF NON-WAIVER OF REQUEST FOR DISCLOSURE

Defendant Aimee King McElroy, pursuant to Local Rule 116.1, hereby provides her notice to the Government that she will <u>not</u> be filing a Waiver of Request for Disclosure, and requests Automatic Discovery provided by the Government, in accordance with Local Rule 116.1 (C).

Respectfully Submitted,

AIMEE KING McELROY
By her attorney,

_/s/ Jack I. Zalkind_
Jack I. Zalkind (BBO# 538840)
One International Place, 18th Floor
Boston, MA  02110
617. 227.3950
Facsimile: 617.342.6899

Dated:  February 24, 2005

{K0297982.1}