AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Mass.__

US
v
Ame– J. K. McElroy
et al

**APPEARANCE**

Case Number: 05-10019 RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for __fiance JK McElroy__

I certify that I am admitted to practice in this court.

__3/15/05__
Date

__[signature]__
Signature

__Jack I. Zalkind__
Print Name                    Bar Number

__1 Int Pl__
Address

__Boston__      __MA__      __02110__
City            State       Zip Code

__617 227 3950__   __617 342 6899__
Phone Number        Fax Number

3/15/05
N. Russe

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    Mass.

US
v
Aimee J.K. McElroy
et al

**APPEARANCE**

Case Number: 05-10019 RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Aimee JK McElroy

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/15/05 | /s/ [signature] |
| Date | Signature |
| | Jack I. Zalkind |
| | Print Name    Bar Number |
| | 1 Int Pl |
| | Address |
| 2/15/05 | Boston MA 02110 |
| N. Russe | City    State    Zip Code |
| | (617) 227-3950    617 342 1899 |
| | Phone Number    Fax Number |