UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 05-10019-RGS |
| | ) | |
| DANIEL W. McELROY, | ) | |
| AIMEE J. KING McELROY, and | ) | |
| XIEU VAN SON | ) | |
| | ) | |

## MOTION OF DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. KING MCELROY, TO DISMISS COUNT ONE OF THE INDICTMENT FOR ALLEGING MULTIPLE CONSPIRACIES

Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy

("Ms. King") move this Court to dismiss Count One of the Indictment because it charges

the defendants with multiple conspiracies to commit separate and distinct offenses in

violation of the well-established rule prohibiting duplicitous charging of offenses.

In further support of this Motion, Mr. McElroy and Ms. King incorporate their

Memorandum of Law filed simultaneously herewith.


Respectfully submitted,

AIMEE J. KING McELROY

By her attorney,


Jack I. Zalkind (BBO #538840)
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone: (617) 227-3950
Facsimile: (617) 342-6899

DANIEL W. McELROY

By his Attorneys,


Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone: (617) 342-6800
Facsimile: (617) 342-6899


DATED: June 30, 2005


{K0305752.1}