UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 05-10019-RGS |
| | ) |
| DANIEL W. McELROY, | ) |
| AIMEE J. KING McELROY, and | ) |
| XIEU VAN SON | ) |
| | ) |

**MOTION OF DEFENDANTS, DANIEL W. MCELROY AND
<u>AIMEE J. KING MCELROY, TO SEVER MISJOINED OFFENSES</u>**

Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Ms. King") move this Court to sever Counts Two through Four from Counts Five through Nineteen pursuant to Rules 8(b) and 14 of the Federal Rules of Criminal Procedure because they are not based on the same acts or transactions and their joinder will result in unfair prejudice. In further support of this Motion, Mr. McElroy and Ms. King incorporate their Memorandum of Law filed simultaneously herewith.

Respectfully submitted,

| AIMEE J. KING McELROY | DANIEL W. McELROY |
|---|---|
| By her Attorney, | By his Attorneys, |
| /s/ Jack I. Zalkind | /s/ Stephen R. Delinsky  /s/ Andrew R. McConville |
| Jack I. Zalkind (BBO #538840) | Stephen R. Delinsky (BBO #119120) |
| One International Place, 18th Floor | Andrew R. McConville (BBO #632804) |
| Boston, Massachusetts 02110 | ECKERT, SEAMANS, CHERIN & MELLOTT, LLC |
| Telephone: (617) 227-3950 | One International Place, 18th Floor |
| Facsimile: (617) 342-6899 | Boston, Massachusetts 02110 |
| | Telephone: (617) 342-6800 |
| | Facsimile: (617) 342-6899 |

DATED: June 30, 2005

{K0305744.1}