UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL W. McELROY, )<br>AIMEE J. KING McELROY, and )<br>XIEU VAN SON ) | CASE NO. 05-10019-RGS |

## MOTION OF DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. KING MCELROY, TO SUPPRESS EVIDENCE SEIZED PURSUANT TO A SEARCH WARRANT DATED JUNE 25, 2001

Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Ms. King") move this Court to suppress the evidence seized pursuant to a search warrant dated June 25, 2001 and all fruits derived therefrom because there was insufficient probable cause to issue the warrant. Specifically, the affidavit in support of the warrant to search the second floor of 14 E, G Bristol Drive, South Easton, Massachusetts was insufficient to support a probable cause determination because it relied on information that was unconstitutionally stale. In further support of this Motion, Mr. McElroy and Ms. King incorporate their Memorandum of Law filed simultaneously herewith.

Respectfully submitted,

| AIMEE J. KING McELROY | DANIEL W. McELROY |
|---|---|
| By her Attorney, | By his Attorneys, |
| /s/ Jack I. Zalkind | /s/ Stephen R. Delinsky |
| Jack I. Zalkind (BBO #538840) | Stephen R. Delinsky (BBO #119120) |
| One International Place, 18th Floor | Andrew R. McConville (BBO #632804) |
| Boston, Massachusetts 02110 | ECKERT, SEAMANS, CHERIN & MELLOTT, LLC |
| Telephone: (617) 227-3950 | One International Place, 18th Floor |
| Facsimile: (617) 342-6899 | Boston, Massachusetts 02110 |
|  | Telephone: (617) 342-6800 |
|  | Facsimile: (617) 342-6899 |

DATED: June 30, 2005

{K0305738.1}