UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CASE NO. 05-10019-RGS |
| DANIEL W. McELROY,<br>AIMEE J. KING McELROY, and<br>XIEU VAN SON | ) ) ) ) ) ) | |

**MOTION OF DEFENDANTS, DANIEL W. MCELROY AND
AIMEE J. KING MCELROY, FOR A <u>FRANKS</u> HEARING TO DETERMINE IF
THERE WERE INTENTIONAL AND OR RECKLESS FACTUAL MATERIAL
OMISSIONS IN THE AFFIDAVIT SUPPORTING THE SEARCH WARRANT
<u>DATED JUNE 25, 2001</u>**

Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Ms. King") move this Court to conduct a hearing in accordance with <u>Franks v. Delaware</u>, 438 U.S. 154 (1978), to determine if the search warrant affidavit prepared by Special Agent Nancy McCormick of the Federal Bureau of Investigation intentionally and or recklessly omitted material information and whether these omissions were material to the magistrate's finding of probable cause for the search warrant dated June 25, 2001. In further support of this Motion, Mr. McElroy and Ms. King incorporate their Memorandum of Law filed simultaneously herewith.

Respectfully submitted,

DANIEL W. McELROY
By his Attorneys,

*[signature]*

Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone: (617) 342-6800
Facsimile:  (617) 342-6899


AIMEE J. KING McELROY
By her Attorney:

*[signature]*

Jack I. Zalkind
BBO No. 538840
One International Place, 18th Flr.
Boston, MA 02110
Telephone: (617) 227-3950
Facsimile:  (617) 342-6899

June 30, 2005