UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) DANIEL W. McELROY, ) AIMEE J. KING McELROY, and ) XIEU VAN SON ) ) ) | CASE NO. 05-10019-RGS |

**MOTION OF DEFENDANTS, DANIEL W. MCELROY AND
AIMEE J. KING MCELROY, FOR TIME TO FILE ADDITIONAL
DISPOSITIVE MOTIONS**

At the Initial Status Conference on April 6, 2005, the Court ordered the Defendants to file Dispositive Motions based upon the Indictment and the Search Warrant by June 30, 2005.

The Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Ms. King") have complied with the Court's order. However, Mr. McElroy and Ms. King will probably have other dispositive motions based upon the discovery materials they have not had sufficient time to review or have not yet received. Counsel on behalf of Mr. McElroy and Ms. King spent four days reviewing the government's massive array of documents at a warehouse in South Boston and have ordered approximately forty boxes of those documents for copying. A thorough review and analysis of the documents has not yet been completed and will require more time. In addition, the discovery letter of the Defendants, Mr. McElroy and Ms. King, is not due to be filed until July 12, 2005. Thereafter, until the government complies with these

{K0305818.1}

discovery requests and/or Court Orders regarding additional discovery, dispositive motions cannot be filed.

Consequently, the Defendants, Daniel W. McElroy and Aimee King McElroy move that the Court grant them a period of forty-five days after the government complies with all requests and/or Court Orders regarding discovery to file additional dispositive motions.

Respectfully submitted,

DANIEL W. McELROY
By his Attorneys,

_____
Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No.   (617) 342-6899


AIMEE J. KING McELROY
By her Attorney:

_____
Jack I. Zalkind
BBO No. 538840
One International Place, 18th Flr.
Boston, MA 02110
Telephone: (617) 227-3950
Facsimile:  (617) 342-6899

June 30, 2005

{K0305818.1}                                      2