UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>)<br>DANIEL W. McELROY,          )<br>AIMEE J. KING McELROY, and )<br>XIEU VAN SON                    )<br>) | CASE NO. 05-10019-RGS |

### REQUEST FOR ORAL ARGUMENT ON DEFENDANTS', DANIEL W. MCELROY AND AIMEE J. KING MCELROY DISPOSITIVE MOTIONS

The Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Ms. King") request this Court for oral arguments on their Motion To Dismiss Count One Of The Indictment For Alleging Multiple Conspiracies; Motion To Dismiss Counts Two Through Four Because The Alleged Mailings Were Not In Furtherance Of A Scheme To Defraud; Motion To Sever Misjoined Offenses; Motion To Suppress Evidence Seized Pursuant To A Search Warrant Dated June 25, 2001; and Motion For A Franks Hearing To Determine If There Were Intentional And Or Reckless Factual Material Omissions In The Affidavit Supporting The Search Warrant Dated June 25, 2001.

Mr. McElroy and Ms. King submit that a hearing is necessary because of the significant issues raised in the motions and oral arguments will assist the Court in resolving the motions.

{K0306373.1}

Respectfully submitted,

DANIEL W. McELROY
By his Attorneys,

_____
Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No.   (617) 342-6899


AIMEE J. KING McELROY
By her Attorney:

_____
Jack I. Zalkind
BBO No. 538840
One International Place, 18th Flr.
Boston, MA 02110
Telephone: (617) 227-3950
Facsimile: (617) 342-6899

July 12, 2005

{K0306373.1}                              2