UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   Crim. No. 05-10019-RGS |
| DANIEL W. McELROY, et al., | ) |
| | ) |
| defendants. | ) |
| | ) |

### UNITED STATES' MOTION FOR ENLARGEMENT OF TIME
### TO RESPOND TO DEFENDANTS' MOTIONS
### (ASSENTED TO)

The United States, by its undersigned counsel, hereby requests an enlargement of time, until July 22, 2005, in which to file its responses to defendants' pending substantive motions (Dkt. ## 24, 26, 28, 29 & 31).

The United States' responses are currently due on July 14, 2005. The requested additional time is needed to allow undersigned counsel sufficient opportunity to prepare responses to the pending motions, in light of counsel's other obligations.

Undersigned counsel has conferred with counsel for the defendants and is informed that they assent to this motion.

                                                       Respectfully submitted,

                                                       MICHAEL J. SULLIVAN
                                                       United States Attorney

dated: July 12, 2005

                                           By:   /s/ *Paul G. Levenson*
                                                       PAUL G. LEVENSON
                                                       Assistant U.S. Attorney
                                                       John Joseph Moakley United States Courthouse
                                                       1 Courthouse Way, Suite 9200
                                                       Boston, MA 02210
                                                       (617) 748-3147