UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                    CRIMINAL BO. 05-10019-RGS

DANIEL W. MC ELROY;
AIMEE J. KING MC ELROY; and
XIEU VAN SON

## NOTICE OF HEARING ON MOTIONS

**STEARNS, DJ.**                          **AUGUST 5, 2005**

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

**FRIDAY, SEPTEMBER 9, 2005 AT 10:00 A.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                          RICHARD G. STEARNS
                          UNITED STATES DISTRICT JUDGE

        BY:

                /s/ Mary H. Johnson
                Deputy Clerk

TO BE HEARD:  Motions # 24, 26, 28, 29, 31.
Sent to:  AUSA Levenson; AUSA Berman;  Attys. Delinsky, McConville, Zalkind, Smith.