UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Crim. No. 05-10019-RGS<br>DANIEL W. McELROY, et al., )<br>)<br>defendants. )<br>) | |

### UNITED STATES' MOTION TO CONTINUE HEARING DATE (ASSENTED TO)

The United States, by its undersigned counsel, hereby requests that the Court continue the date of hearing on defendants' pending substantive motions (Dkt. ## 24, 26, 28, 29 & 31), until October 17, 2005.  The hearing is currently scheduled for September 9, 2005..

As grounds for this continuance, the United States notes that undersigned counsel is scheduled to be on trial in the case of United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB (NH  CR04-213-01-PB) (Barbadoro, J., sitting by designation).  Trial is scheduled to commence on September 6, 2005, and is expected to continue for two weeks thereafter.

Undersigned counsel has conferred with counsel for the defendants and is informed that they assent to this motion.

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

dated:  August 10, 2005

                                       By: /s/ *Paul G. Levenson*
                                             PAUL G. LEVENSON
                                             Assistant U.S. Attorney
                                             John Joseph Moakley United States Courthouse
                                             1 Courthouse Way, Suite 9200
                                             Boston, MA 02210
                                             (617) 748-3147