UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL W. McELROY, )<br>AIMEE J. KING McELROY, and )<br>XIEU VAN SON )<br>) | CASE NO. 05-10019-RGS |

## REQUEST FOR ORAL ARGUMENT ON MOTIONS OF DEFENDANTS DANIEL W. MCELROY AND AIMEE J. KING MCELROY

Defendants Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Ms. King") request this Court for oral arguments on their Motion To Compel Disclosure Of Documents And Information Regarding The Access Of Insurance Fraud Bureau Personnel To Grand Jury Material and Motion For An Order Authorizing The Issuance Of Subpoenas Duces Tecum Pursuant To Fed. R. Crim. P. 17(c) To Dich Trieu And Charles Wallace For Pretrial Production Of Copies Of Delinquent Personal Federal Tax Returns.

Mr. McElroy and Ms. King submit that a hearing is necessary because of the significant issues raised in the motions and oral arguments will assist the Court in resolving the motions.

{K0308853.1}

Respectfully Submitted,

| | |
|---|---|
| DANIEL W. McELROY | AIMEE J. KING McELROY |
| By his Attorneys, | By her Attorney, |
| *[signature]* Stephen R. Delinsky (/amm) | *[signature]* Jack Zalkind (/amm) |
| Stephen R. Delinsky (BBO #119120) | Jack I. Zalkind (BBO #538840) |
| Andrew R. McConville (BBO #632804) | One International Place, 18th Floor |
| **ECKERT, SEAMANS, CHERIN & MELLOTT, LLC** | Boston, Massachusetts 02110 |
| One International Place, 18th Floor | Telephone: (617) 227-3950 |
| Boston, Massachusetts 02110 | Facsimile: (617) 342-6899 |
| Telephone No.: (617) 342-6800 | |
| Facsimile No. (617) 342-6899 | |

DATED: August 29, 2005