# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

       v.                  CRIMINAL NO. 2005-10019-RGS

DANIEL W. McELROY,
AIMEE J. KING McELROY,
XIEU VAN SON,
           Defendants.

## *ORDER ON MOTION #51*
## *AND PROTECTIVE ORDER*

COLLINGS, U.S.M.J.

      It is ORDERED that Motion #51 be, and the same hereby is, ALLOWED. Counsel for the defendants Daniel W. McElroy and Aimee J. King McElroy are ORDERED to provide copies of any documents they receive pursuant to the subpoenas ("the documents") to the Assistant U.S. Attorney prosecuting this case within three (3) business days of receipt.  Further, counsel for the defendants Daniel W. McElroy and Aimee J. King McElroy and the Assistant U.S. Attorney are ORDERED to keep the documents CONFIDENTIAL; neither the documents not their contents shall be disclosed to any other person (including

the defendants) without leave of Court. Further, counsel for the defendants Daniel W. McElroy and Aimee J. King McElroy and the Assistant U.S. Attorney are ORDERED to obtain leave of Court before disclosing the contents of any of the documents either in court filings or at trial.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

October 11, 2005.