UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )   CRIMINAL NO. 05-10019-RGS
        v.               )
                         )
DANIEL MCELROY           )

APPEARANCE

Please enter my appearance as attorney for the United States in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
/s/ Jack W. Pirozzolo
JACK W. PIROZZOLO
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617/748-3189
617/748-3960 (Fax)
jack.pirozzolo@usdoj.gov

Dated: October 17, 2005