UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>DANIEL W. McELROY,                 )<br>AIMEE J. KING McELROY, and    )<br>XIEU VAN SON                            )<br>) | CASE NO. 05-10019-RGS |

**MOTION OF DEFENDANTS, DANIEL W. MCELROY AND
AIMEE J. KING MCELROY, FOR PERMISSION TO TRAVEL**

The Defendants, Daniel W. McElroy ("Mr. McElroy") and Aimee J. King McElroy ("Mrs. McElroy") request that the Court allow them to travel to Aruba from March 10, 2006 through March 24, 2006. The Defendants have complied with all of their conditions of pre-trial release and currently their travel is restricted to New England.

The Defendants, for a number of years, have stayed in a time share at the Aruba Grand and they seek permission to travel to Aruba for a vacation at the Aruba Grand. No passport is necessary for the Defendants to travel to Aruba and consequently, they do not need their passports returned. There are no court hearings or other matters scheduled for this time period and the government does not oppose this motion.

WHEREFORE, for the reasons stated herein, the Defendants, Mr. and Mrs. McElroy request that the Court allow them to travel to Aruba from March 10, 2006 through March 24, 2006.

{K0318617.1}

Respectfully submitted,

DANIEL W. McELROY
By his Attorneys,

*[signature]*

Stephen R. Delinsky (BBO #119120)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No. (617) 342-6899


AIMEE J. KING McELROY
By her Attorney:

*[signature]* (SRD)

Jack I. Zalkind
BBO No. 538840
One International Place, 18th Flr.
Boston, MA 02110
Telephone: (617) 227-3950
Facsimile: (617) 342-6899

DATED: January 31, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 1-31-06
By: *[signature]*

{K0318617.1}    2