UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Crim. No. 05-10019-RGS<br>XIEU VAN SON, )<br>)<br>Defendant. )<br>) | |

JOINT MOTION TO ENLARGE TIME FOR DISPOSITION

The United States and Defendant Xieu Van Son, by their respective undersigned counsel, jointly move this Court to continue the sentencing hearing in this case until after January 31, 2007.

As grounds for this motion, the parties represent that the additional time is requested in order to allow the defendant an opportunity to provide assistance in the prosecution of other individuals, as called for in the parties' plea agreement.

Specifically, the parties anticipate that Defendant Xieu Van Son will be a witness at the trial of his co-defendants, Daniel McElroy and Aimee King McElroy. At present, McElroy's and King's dispositive motions are pending in this case. It is anticipated that, once those motions have been decided, the case will be set for trial.

Under present circumstances, postponing sentencing is in the interest of both parties and serves the public interest as well.

Respectfully submitted,

|  |  |
|---|---|
| /s/ Mark D. Smith /by PGL<br>MARK D. SMITH, ESQ.<br>Smith and Laredo, P.C.<br>15 Broad Street, Suite 600<br>Boston, MA 02109<br>(617) 367-7984<br>Counsel for Defendant Xieu Van Son | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: /s/ Paul G. Levenson<br>PAUL G. LEVENSON<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3147 |

October 3, 2006