UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                           )<br>)   Crim. No. 05-10019-RGS<br>DANIEL W. McELROY, et al.,   )<br>)<br>        defendants.            )<br>) | |

JOINT MOTION FOR CONTINUANCE OF TRIAL DATE

The parties in the above-captioned matter, by their respective counsel, hereby move to Continue the Trial Date in this matter until Monday, October 29, 2007.  [Trial is currently scheduled to commence on October 1, 2007.]

The parties further request that the Final Pretrial Conference (currently scheduled for September 26, 2007) be rescheduled to a date during the week of October 22, 2007.

The parties agree that the pretrial deadlines for automatic discovery should be moved, consistent with the new date of Trial.

Consistent with their previous representations to the Court, the parties agree that all time prior to October 29, 2007, is properly excluded, pursuant to 18 U.S.C. §3161(h)(8), because the ends of justice served by the requested continuance outweigh the interest of the public and the defendants in a speedy trial.  Specifically, the parties note that this is a complex case within the ambit of

18 U.S.C. §3161(h)(8)(B)(ii), based on the large quantity of documentary evidence seized by search warrant in this case.

                Respectfully submitted,

| | | |
|---|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | | DANIEL W. McELROY |
| By: */s/Paul G. Levenson*<br>PAUL G. LEVENSON<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3147 | By: | */s/Stephen R. Delinsky/ by P Levenson*<br>Stephen R. Delinsky, Esq.<br>Eckert Seamans Cherin & Mellott, LLC.<br>One International Place, 18th Floor<br>Boston, MA 02110<br>(617) 342-6825 |
| | | AIMEE J. KING McELROY |
| dated: March 12, 2007 | By: | */s/Jack I. Zalkind/ by P Levenson*<br>Jack I. Zalkind, Esq.<br>Zalkind & Associates<br>One International Place<br>Boston, MA 02210<br>(617) 227-3950 |