AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

United States

**v.**                                                            **APPEARANCE**

Daniel W. McElroy et al.

Case Number:    05-10019-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States.

I certify that I am admitted to practice in this court.

September 27, 2007                    /s/ Jonathan F. Mitchell
Date                                   Signature

                                       Jonathan F. Mitchell        629499
                                       Print Name               Bar Number

                                       United States Attorneys Office, One Courthouse Way
                                       Address

                                       Boston              MA      02210
                                       City               State    Zip Code

                                       (617) 748-3600      (617) 748-3960
                                       Phone Number        Fax Number