# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

United States

**v.**  **APPEARANCE**

Daniel W. McElroy et al.

Case Number:   05-10019-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the United States.

I certify that I am admitted to practice in this court.

September 27, 2007          /s/ Sarah E. Walters
Date                        Signature

                            Sarah E. Walters              638378
                            Print Name                    Bar Number

                            United States Attorneys Office, One Courthouse Way
                            Address

                            Boston            MA      02210
                            City              State   Zip Code

                            (617) 748-3600    (617) 748-3960
                            Phone Number      Fax Number