UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>DANIEL W. McELROY, )<br>AIMEE J. KING McELROY, and )<br>XIEU VAN SON ) | FILED IN<br>OPEN COURT<br>1-17-08<br><br>CRIMINAL NO. 05-10019RGS |

### NOTICE OF LIMITED APPEARANCE

I, the undersigned, hereby file a Limited Appearance on behalf of Margaret Mayer, who is a subject of a subpoena.

Respectfully submitted,
Margaret Mayer
By his attorney,

_____
Frank D. Camera, Esq.
BBO#: 635930
56 N. Main Street, Suite 303
Fall River, MA  02720
508-677-2878
508-677-2876   Fax

Dated: January 16, 2008