UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 05-10019-RGS |
| DANIEL W. McELROY and ) | |
| AIMEE J. KING McELROY, ) | |
| ) | |
| defendants. ) | |

**STIPULATIONS**

The parties in the above-captioned matter agree and stipulate that:

34. The lawsuit that resulted in the judgment that has been admitted as Government Exhibit 3 was filed on September 24, 1992.

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: */s/ Sarah E. Walters*<br>　Jonathan F. Mitchell<br>　Sarah E. Walters<br>　Assistant U.S. Attorney<br>　John Joseph Moakley U.S. Courthouse<br>　1 Courthouse Way, Suite 9200<br>　Boston, MA 02210<br>　(617) 748-3147 | DANIEL W. McELROY<br><br>By:　*/s/ Stephen R. Delinsky by Sarah E. Walters*<br>　Stephen R. Delinsky, Esq.<br>　Eckert Seamans Cherin & Mellott, LLC.<br>　One International Place, 18th Floor<br>　Boston, MA 02110<br>　(617) 342-6825<br><br>AIMEE J. KING McELROY<br><br>By:　*/s/ Jack I. Zalkind by Sarah E. Walters*<br>　Jack I. Zalkind, Esq.<br>　Zalkind & Associates<br>　One International Place<br>　Boston, MA 02210<br>　(617) 227-3950 |

Dated: January 30, 2008