UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )           CASE NO. 05-10019-RGS<br>)<br>DANIEL W. McELROY and         )<br>AIMEE J. KING McELROY`        )<br>) | |

*Filed 2-11-08*

## MOTION OF DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. KING MCELROY FOR JUDGMENT OF ACQUITTAL

The Defendants, Daniel W. McElroy and Aimee J. King McElroy, move that the Court, pursuant to Federal Rule of Criminal Procedure 29(a) enter a judgment of acquittal on Counts 1 through 18 on the grounds that the evidence is insufficient to sustain a conviction.

Respectfully submitted,

DANIEL W. McELROY
By his Attorneys,

_____
Stephen R. Delinsky (BBO #119120)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No.   (617) 342-6899

{K0363850.1}

                                          AIMEE J. KING McELROY
                                        By her Attorney:

                                        */s/ Jack I. Zalkind*
                                        Jack I. Zalkind
                                        BBO No. 538840
                                        One International Place, 18th Flr.
                                        Boston, MA 02110
                                        Telephone: (617) 227-3950
                                        Facsimile:  (617) 342-6899

DATED: February 11, 2008

{K0363850.1}                                    2