UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 05-10019-02-RGS

AIMEE J. KING MC ELROY

*Verdict returned in open Court at 1:50 p.m. on 2-13-08.*

*Mary A. John
Dep. Clerk*

# JURY VERDICT

WE, THE JURY, FIND THE DEFENDANT, AIMEE J. KING MC ELROY,

_____**Guilty**_____ as charged in Count 1
(Conspiracy to defraud the United States; in violation of Title 18, USC, Section 371).

_____**Guilty**_____ as charged in Count 1
(Conspiracy to defraud the employment compensation insurers; in violation of Title 18, USC, Section 371).

_____**Guilty**_____ as charged in Count 2
(Mail Fraud - on or about 3/3/2000 - Workers Compensation and Employers Liability Insurance Policy Information Page, Dich Trieu d/b/a Pro Temp Company, Gulf Insurance Company, Policy No. WC0599901; in violation of Title 18, USC, Section 1341).

_____**Guilty**_____ as charged in Count 3
(Mail Fraud - on or about 1/24/2001 - Workers Compensation and Employers Liability Insurance Policy, Information Page, Precission Temp Corp, Gulf Insurance Company, Policy No. WC0694637; in violation of Title 18, USC, Section 1341).

_____**Guilty**_____ as charged in Count 4
(Mail Fraud - Amendment of Information Page, Daily A. King Labor, Inc., A.I.M. Mutual Insurance Co., Policy No. WM08002201012000; in violation of Title 18, USC, Section 1341).

_____**Guilty**_____ as charged in Count 5
(Procuring False Tax Returns - on or about 1/28/99; in violation of Title 26, USC, Section 7206(2).

_____**Guilty**_____ as charged in Count 6
(Procuring False Tax Returns - on or about 4/28/99; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 7
(Procuring False Tax Returns - on or about 7/26/99; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 8
(Procuring False Tax Returns - on or about 10/27/99; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 9
(Procuring False Tax Returns - on or about 1/30/00; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 10
(Procuring False Tax Returns - on or about 4/25/00; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 11
(Procuring False Tax Returns - on or about 7/25/00; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 12
(Procuring False Tax Returns - on or about 10/30/00; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 13
(Procuring False Tax Returns - on or about 1/31/99; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 14
(Procuring False Tax Returns - on or about 4/30/99; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 15
(Procuring False Tax Returns - on or about 7/26/99; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 16
(Procuring False Tax Returns - on or about 10/31/99; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 17
(Procuring False Tax Returns - on or about 1/30/00; in violation of Title 26, USC, Section 7206(2).

_____Guilty_____ as charged in Count 18
(Procuring False Tax Returns - on or about 5/1/00; in violation of Title 26, USC, Section 7206(2).

_____
Foreperson of the Jury

Dated : _____2/13/08_____