UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>DANIEL W. McELROY and )<br>AIMEE J. KING McELROY )<br>) | CASE NO. 05-10019-RGS |

### DEFENDANTS, DANIEL W. MCELROY AND AIMEE J. KING MCELROY'S MOTION TO CONTINUE SENTENCING

The Defendants, Daniel W. McElroy and Aimee J. King McElroy, move that the sentencing scheduled for May 21, 2008 be continued until the week of September 22, 2008.

Attorney Jack I. Zalkind, counsel for Aimee McElroy, is scheduled for surgery on April 26, 2008 at the Massachusetts General Hospital. The recuperative period for the surgery and the attendant treatment necessitates this motion in order for Mr. Zalkind to have sufficient time to prepare for sentencing. Both Defendants request this continuance because the issues concerning the sentencing process are similar for each.

An Affidavit from Mr. Zalkind, filed under seal, is submitted in support of this motion.

Respectfully submitted:
**AIMEE J. KING McELROY**
By her attorney,

_____
Jack I. Zalkind (BBO# 538840)
One International Place
Boston, MA 02110
Telephone No. (617) 227.3950

DATED: April 15, 2008

Respectfully submitted
**DANIEL McELROY,**
By his attorney,

_____
Stephen R. Delinsky (BBO# 119120)
**ECKERT SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
Telephone No. (617) 342.6800

{K0368085.1}

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 16, 2008
By: _____