UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>DANIEL W. McELROY and )<br>AIMEE J. KING McELROY` )<br> | CASE NO. 05-10019-RGS |

## DEFENDANT, DANIEL W. MCELROY'S MOTION FOR A DOWNWARD VARIANCE

The Defendant, Daniel W. McElroy, moves for a Downward Variance pursuant to

18 U.S.C. 3553 for the reasons stated in his accompanying Sentencing Memorandum.

Respectfully submitted,

DANIEL W. McELROY
By his Attorneys,

Stephen R. Delinsky  (BBO #119120)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.:  (617) 342-6800
Facsimile No.   (617) 342-6899

DATED: July 14, 2008

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the
ECF system will be sent electronically to the registered
participants as identified on the Notice of Electronic Fil-
ing (NEF) and paper copies will be sent to those indi-
cated as non-registered participants on 07-14-08
By: _____

{K0374058.1}