UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #05-10019-RGS

_____

UNITED STATES

v.

AIMEE J. KING McELROY

_____

**NOTICE OF APPEARANCE**

I hereby enter my appearance as co-counsel for the defendant in the above-captioned criminal case.

Respectfully submitted,

/s/ James L. Sultan

James L. Sultan, BBO #488400
Rankin & Sultan
151 Merrimac Street, Second Floor
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

/s/ James L. Sultan
James L. Sultan